IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| EVAN SANDIFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:22-cv-166 |
| | ) |
| DETECTIVE JAMES STAHL, DETECTIVE MICHAEL HINCH and LIEUTENANT MICHAEL HAMADY, in their individual AND official capacities, | ) District Judge: John E Martin ) ) ) |
| | ) |
| Defendants. | ) |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** Plaintiff, Evan Sandifer (Plaintiff) and Defendants Detective James Stahl, Detective Michael Hinch and Lieutenant Michael Hamady, in their individual and official capacities (collectively "Defendants"), by their respective counsel, hereby stipulate regarding dismissal, with prejudice, of all claims alleged against Defendants pled in the instant action, with each side to bear its own costs.

Respectfully submitted,

By:/s/ Alfredo Estrada
Alfredo Estrada #32580-45
BURKE COSTANZA & CARBERRY LLP
9191 Broadway
Merrillville, IN 46410
(219) 769-1313
estrada@bcclegal.com

By:/s/ Caleb S. Johnson
Caleb S. Johnson
CALEB S. JOHNSON LAW, LLC
1113 W Joliet St., Suite 1
Schererville, IN 46375
csjlawllc.com

By:/s/ Scott King
Scott King
The Law Offices of King & Murdaugh, LLC
9211 Broadway
Merrillville, IN 46410
scott@kingmurduaghlaw.com
*Attorney for Plaintiff*

By:/s/ Angela Jones
Angela Jones
The Law Office of Angela M. Jones, LLC
8321 Wicker Avenue
St. John, IN 46373
ajones@angelajoneslegal.com

## **CERTIFICATE OF SERVICE**

      I certify that on April 18, 2023, service of a true and complete copy of the foregoing document made upon the following counsel of record through the Court's electronic case filing (ECF) system or by depositing same in the United States Mail in envelopes properly addressed to them and with sufficient first-class postage affixed:

Scott King
The Law Offices of King & Murdaugh, LLC
9211 Broadway
Merrillville, IN 46410
scott@kingmurdaughlaw.com

Caleb S. Johnson
CALEB S. JOHNSON LAW, LLC
113 W. Joliet St., Suite 1,
Schererville, IN 46375
csjlawllc.com

Angela Jones
The Law Office of Angela M. Jones, LLC
8321 Wicker Avenue
St. John, IN 46373
ajones@angelajoneslegal.com

                                             /s/ Alfredo Estrada
                                                  Alfredo Estrada