UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| EVAN SANDIFER,<br>    Plaintiff,<br><br>    v.<br><br>JAMES STAHL, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)   CAUSE NO.: 2:22-CV-166-JEM<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on an Agreed Stipulation of Dismissal with Prejudice [DE 42], filed by the parties on April 18, 2023.

A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 19th day of April, 2023.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:    All counsel of record